ANDREWS, PUSATERI, BRANDT, SHOEMAKER & ROBERSON, P.C., et al., Appellants, v NIAGARA COUNTY SEWER DISTRICT NO. 1 et al., Respondents.

Submitted May 10, 2010; decided June 29, 2010

Motion, insofar as it seeks leave to appeal against defendant Niagara County, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal against defendant Niagara County Sewer District No. 1, denied.

In the Matter of SOHEIL DARVISH, Respondent, v HASLACHA, INC., et al., Respondents, and DAVID LAVIAN, Appellant.

Submitted May 10, 2010; decided June 29, 2010

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

MAHMOUD DIARASSOUBA, Respondent, v WILLIAM P. URBAN et al., Defendants, and SPENCER LUBIN et al., Appellants.

Submitted May 24, 2010; decided June 29, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANDRE DOLBERRY, Also Known as ANDRE DUBERRY, Appellant, v STATE OF NEW YORK, Respondent.

Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.